## PHARISS v. STATE.
### No. 22715.

Court of Criminal Appeals of Texas.
Jan. 19, 1944.

Aubrey Davee, of Brady, for appellant.
Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The record is before us without bills of exception and without statement of facts. The procedure is regular. Nothing is presented for our consideration.

The judgment of the trial court is affirmed.

## BINGHAM v. STATE.
### No. 22712.

Court of Criminal Appeals of Texas.
Jan. 19, 1944.

Aubrey Davee, of Brady, for appellant.
Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Unlawfully selling whisky in a dry area is the offense; the punishment, a fine of $250.

The record is before us without statement of facts or bills of exception. Nothing is presented for review.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.